In the Matter of PAULINE SHRAEDER, Respondent, against PAUL J. KERN et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Appellants.

Argued October 7, 1941; decided November 19, 1941.

14

*William C. Chanler, Corporation Counsel (Charles F. Murphy* and *Paxton Blair* of counsel), for appellants. The petitioner's appointment having been the direct result of her misstatement of a material fact on her application, the right to cancel her appointment survived the expiration of her probationary period. (*Matter of Katz* v. *Goldwater,* 285 N. Y. 830; *Matter of Wolff* v. *Hodson,* 285 N. Y. 197.)

· *Ruth Gottdiener* for respondent. Section 14 of the Civil Service Law (Cons. Laws, ch. 7) provides for the competitive class and limits the authority of the Commission with respect to eligibility after an appointment only to fraud. This section is to be strictly construed. (*People* v. *Dalton,* 163 N. Y. 556.)

*Per Curiam.* The Municipal Civil Service Commission has power and is under a duty to rescind a certification where an applicant has made a misstatement of a material fact upon which the Commission has relied and upon which it has based its conclusion that the applicant was eligible to take the examination. That is true whether the misstatement was made with fraudulent intent or by mistake.

The orders should be reversed and the petition dismissed, without costs. (See 287 N. Y. 760.)

LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ., concur.

Orders reversed, etc.